## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PRESBYTERIAN CHURCH, INC. <br> 4101 Nebraska Avenue, NW <br> Washington, D.C.  20016 <br><br>          Plaintiff, <br><br> v. <br><br> GUIDEONE MUTUAL INSURANCE COMPANY <br> 1111 Ashworth Road. <br> West Des Moines, IA  50265 <br><br>          Defendant. | Civil Action No. 13-1847 <br><br> COMPLAINT <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff National Presbyterian Church, Inc. (the "Church"), by and through its undersigned attorneys, hereby brings this Complaint against its insurer, GuideOne Mutual Insurance Company ("GuideOne"), and makes the following claims:

This Complaint seeks declaratory relief and money damages arising from GuideOne's ongoing breach of its contractual obligations under a policy of insurance to indemnify the Church for physical damage caused to the Church by the earthquake that struck the Washington, D.C. area on August 23, 2011 (the "August 2011 earthquake").  Specifically, the August 2011 earthquake damaged the Sanctuary Building, which includes the Sanctuary, Chapel, Bell Tower, Porte Cochere, Gardens, and Fountain structures (the "Covered Property").

## THE PARTIES

1.	Plaintiff National Presbyterian Church is a religious, non-profit corporation organized under the laws of Maryland, with its principal place of business in Washington, D.C.

2.      Defendant GuideOne is an Iowa corporation, with its principal place of business in West Des Moines, Iowa.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1367 because the parties are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      Venue is proper in the District of Columbia under 28 U.S.C. § 1391 because the damaged property that is the subject of this dispute is in the District of Columbia.  Furthermore, GuideOne has either been licensed or otherwise approved to do business in the District of Columbia, transacts business in the District of Columbia, and insures assets, liabilities, and risks in the District of Columbia.

## THE DAMAGE SUSTAINED BY THE CHURCH IN THE 2011 EARTHQUAKE

5.      The Church was created in 1930 as part of a merger between two Washington, D.C. churches.

6.      In 1966, the Church purchased land on Nebraska Avenue for a new campus.

7.      The campus is now located at 4101 Nebraska Avenue NW and includes the Church (sanctuary, chapel, and carillon tower), an administration building, the National Presbyterian School building, the agencies building, a multipurpose building, and the Manse House (together, the "Church Property").

8.      The Modernist / Neo-Gothic sanctuary, chapel, and carillon tower were designed by the architect Harold E. Wagoner.

9.      The Church cornerstone was laid by President Eisenhower on October 14, 1967.

10.     On August 23, 2011 at approximately 1:51 PM, a 5.8 magnitude earthquake shocked the east coast, including Washington, D.C.

11.     The August 2011 earthquake damaged the Covered Property, including the facade of the Sanctuary Building, which is composed of hundreds of limestone panels.

12.     The August 2011 earthquake also damaged other structures and systems connected to the Covered Property, including the electrical systems, bell system, drywall, plaster, stained glass, paint, ornamental iron, and lighted cross.

13.     The Church estimates the cost to repair or replace the damaged Covered Property exceeds the Policy deductible, discussed below.

14.     The Church expects that, once efforts are undertaken to repair the damage to the Covered Property, additional damage caused by the August 2011 earthquake will be revealed.

### INSURANCE COVERAGE

15.     On December 18, 2010, GuideOne issued commercial property policy number 6009-235 to the Church (the "Policy").  The Policy is attached as Exhibit A.

16.     The Policy provides more than $26 million in coverage for property damage to the Covered Property occurring during the policy period -- December 31, 2010 to December 31, 2011.  Specifically, GuideOne promises to "pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss."

17.     The Policy further provides for "replacement cost" coverage so that in the event of a loss, GuideOne must return the Church to the position it occupied before the loss; in other words, GuideOne must replace damaged Covered Property, rather than reimburse the Church for the depreciated value of the damaged property.  The Policy provides for replacement cost coverage in its "Loss Payment" and "Valuation" provisions, as excerpted below.

18.     Section E.4 of the Policy (Loss Payment) provides:

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property. . . ;

. . .

(4) Repair, rebuild or replace the property with other property of like kind and quality. . . .

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

19.     Section E.7 of the Policy (Valuation) provides:

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At replacement cost (without deduction for depreciation). . . .

20.     The Church also specifically obtained coverage for the Covered Property in the event of an earthquake or volcanic eruption.  Although the form policy excludes coverage for "Earth Movement," the Church paid an additional premium for an "Earthquake and Volcanic Eruption Endorsement," which adds "Earthquake" to the "Covered Causes of Loss" and provides that "[t]o the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply."

21.     The Earthquake and Volcanic Eruption Endorsement includes a $2,660,900 deductible.

22.     The Church has fully performed all applicable obligations under the Policy and complied with all applicable terms of the Policy, including payment of all premiums and timely provision of notice of the loss caused by the August 2011 earthquake.

- 5 -

23.     GuideOne has denied coverage on the basis that the Church's covered losses do not exceed the deductible and has refused to indemnify the Church for its losses or otherwise to honor its obligations under the Policy.

24.     Before initiating this lawsuit, the Church attempted to resolve this dispute with GuideOne, but GuideOne has refused to participate in any discussions.  GuideOne's refusal has left the Church with no choice but to bring this action.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

25.     The Church realleges and incorporates paragraphs 1 through 24 of this Complaint as though fully set forth herein.

26.     The Policy is a valid contract for insurance, binding on the parties.

27.     The Church has satisfied all applicable conditions precedent to coverage under the Policy.

28.     GuideOne has breached its obligations under the Policy by refusing or failing fully to perform its duty to indemnify the Church for the repair or replacement of the damaged Church Property.

29.     As a direct result of GuideOne's breach of the Policy, the Church has been deprived of, and continues to be deprived of, the benefits of the insurance coverage for which the Church paid all applicable premiums.

30.     The Church has suffered damages, including the costs to repair or replace damaged Covered Property.

## SECOND CAUSE OF ACTION
### (Declaratory Relief)

31.     The Church realleges and incorporates paragraphs 1 through 30 of this Complaint as though fully set forth herein.

32.     This is a cause of action for declaratory relief pursuant to 28 U.S.C. § 2201. The Church seeks a judicial determination of its rights and GuideOne's duties with respect to an actual controversy arising under the Policy.

33.     Pursuant to the Policy, GuideOne is obligated to pay on behalf of or indemnify the Church for the amount necessary to return the Church to the position it would have occupied but for the loss, including the amounts required to repair or replace the damaged Covered Property resulting from the August 2011 earthquake.

34.     An actual controversy of a justiciable nature exists between the Church and GuideOne concerning the proper construction of the Policy and the rights and obligations of the parties thereto with respect to damage caused to Covered Property by the August 2011 earthquake. The controversy is of sufficient immediacy and magnitude to justify declaratory relief.

35.     The issuance of declaratory relief by this Court addressing the obligations of GuideOne under the Policy will terminate some or all of the controversy between the parties.

## PRAYER FOR RELIEF

Wherefore, the Church requests that this Court enter judgment as follows:

A.  With respect to the First Cause of Action:

1.  Compensatory damages sufficient to indemnify the Church for property damage caused by the August 2011 earthquake, including for repair or replacement of damaged Church Property;

2.  Special and incidental damages resulting from GuideOne's breach of contract; and

3.  Prejudgment interest at the maximum legal rate;

B.  With respect to the Second Cause of Action, a declaration that:

1.  The Policy requires GuideOne to repair or replace, or pay for the repair or replacement, of the Church Property damaged by the August 2011 earthquake; and

2.  GuideOne is obligated to return the Covered Property to its physical condition before the August 2011 earthquake;

C.  Reasonable attorneys' fees;

D.  Costs of the proceedings herein; and

E.  Such other further relief as the Court deems just and proper.

## JURY DEMAND

The Church requests a trial by jury on all triable issues raised by the Complaint.

Dated: November 22, 2013                         Respectfully submitted,

                                                 COVINGTON & BURLING LLP

                                                 By:  /s/

                                                 Neil K. Roman (DC Bar No. 401170)
                                                 Marialuisa S. Gallozzi (DC Bar No. 413874)
                                                 Christopher P. Nofal (DC Bar No. 1015236)
                                                 COVINGTON & BURLING LLP
                                                 1201 Pennsylvania Avenue, NW
                                                 Washington, DC 20004-2401
                                                 Tel: (202) 662-6000
                                                 Fax: (202) 662-6291
                                                 Email: nroman@cov.com
                                                 Email: mgallozzi@cov.com
                                                 Email: cnofal@cov.com

                                                 *Attorneys for the National Presbyterian Church, Inc.*