**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL PRESBYTERIAN CHURCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDEONE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 1:13-cv-01847-JDB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff National Presbyterian Church, Inc. and Defendant GuideOne Mutual Insurance Company hereby stipulate and agree that all claims and counterclaims asserted in the above-captioned action are dismissed with prejudice and without costs.

December 9, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: */s/*

Neil K. Roman (D.C. Bar No. 401170)
Marialuisa Gallozzi (D.C. Bar No. 413874)
Christopher P. Nofal (D.C. Bar No. 1015236)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6291
Email: nroman@cov.com
Email: mgallozzi@cov.com
Email: cnofal@cov.com

*Counsel for National Presbyterian Church, Inc.*

        GOODELL, DEVRIES, LEECH & DANN, LLP

        By: */s/*  
        Linda S. Woolf (Bar No. MD084724)  
        (signed with permission of Linda S. Woolf)  
        Matthew D. Kohel (Bar No. 1016273)  
        (signed with permission of Matthew D. Kohel)  
        GOODELL, DEVRIES, LEECH & DANN, LLP  
        One South Street, 20th Floor  
        Baltimore, Maryland 21202  
        Tel: (410) 783-4000  
        Fax: (410) 783-4040  
        Email: lsw@gdldlaw.com  
        Email: mkohel@gdldlaw.com

        *Counsel for GuideOne Mutual Insurance Company*

SO ORDERED:

_____  
THE HONORABLE JOHN D. BATES  
UNITED STATES DISTRICT JUDGE